# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

IN RE:   **Maluhia Nine, LLC**

Case No.   **10-30988**

Chapter   **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims.  The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.  If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| PRM Realty Group, LLC 150 N. Wacker Dr., #1120 Chicago, IL 60606 | | Advances made on behalf of Debtor | | $380,205.17 |
| M-35, LLC 150 N. Wacker Drive, Suite 1120 Chicago, IL 60606 | | Advances Made on Behalf of Debtor | | $187,644.95 |
| Hawailiana Management Company 711 Kapiolani Boulevard, #700 Honolulu, HI 96813 | | Homewoners Association Dues | | $37,842.31 |
| Department of Water Supply County of Maui 200 South High Street Wailuku, HI 96793 | | Utility | | $46.40 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ **President of Manager** _____ of the _____ **Corporation** _____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date:___**02/10/2010**_____      Signature:___**/s/ Peter R. Morris**_____

*Peter R. Morris*
**President of Manager**