Gerrit M. Pronske
State Bar No. 16351640
Rakhee V. Patel
State Bar No. 00797213
Melanie P. Goolsby
State Bar No. 24059841
PRONSKE & PATEL, P.C.
2200 Ross Avenue, Suite 5350
Dallas, Texas 75201
(214) 658-6500 - Telephone
(214) 658-6509 – Telecopier
Email: gpronske@pronskepatel.com
Email: rpatel@pronskepatel.com
Email: mgoolsby@pronskepatel.com

**COUNSEL FOR THE DEBTOR**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| **In re:** § | |
| § | **CASE NO. 10-30988-HDH-11** |
| **MALUHIA NINE, LLC,** § | |
| § | **CHAPTER 11** |
| **Debtor.** § | |

## AMENDED NOTICE OF DISCLOSURE STATEMENT HEARING

PLEASE BE ADVISED that a hearing on the *Debtor's Disclosure Statement* [Docket No. 39] with respect to the Debtor's Plan of Reorganization [Docket No. 38] will be held before the Honorable Harlin D. Hale, United States Bankruptcy Judge, United States Courthouse, Earl Cabell Federal Building, 1100 Commerce Street, 14th Floor, Dallas, Texas at **July 19, 2010** at **1:30 p.m.**

Of this Notice take due regard**.**

Dated:  June 18, 2010                               Respectfully submitted,


                                                    By: /s/ Melanie P. Goolsby
                                                    Gerrit M. Pronske
                                                    Texas Bar No. 16351640
                                                    Rakhee V. Patel
                                                    State Bar No. 00797213
                                                    Melanie P. Goolsby
                                                    State Bar No. 24059841
                                                    PRONSKE & PATEL, P.C.
                                                    2200 Ross Avenue, Suite 5350
                                                    Dallas, Texas 75201
                                                    Telephone: 214.658.6500
                                                    Facsimile: 214.658.6509
                                                    Email: gpronske@pronskepatel.com
                                                    Email: rpatel@pronskepatel.com
                                                    Email: mgoolsby@pronskepatel.com

                                          **COUNSEL FOR DEBTOR**


                                    **CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that, on June 18, 2010, I caused to be served the foregoing pleading upon the parties on the service list attached hereto via the Court's electronic transmission facilities and/or United States mail, first class delivery.


                                                    /s/ Melanie P. Goolsby
                                                    Melanie P. Goolsby

**MALUHIA NINE, LLC;**
**Case No. 10-30988-BJH-11**

**Debtor**:

Maluhia Nine, LLC
a/k/a Maluhia Apartment 9, LLC
c/o PRM Realty Group, LLC
118 N. Clinton St., Suite LL366
Chicago, IL 60661

**Debtor's Counsel:**

Gerrit M. Pronske
Rakhee V. Patel
Christina W. Stephenson
Pronske & Patel, P.C.
2200 Ross Avenue, Suite 5350
Dallas, Texas 75201
Tel: (214) 658-6500
Fax: (214) 658-6509
Email: gpronske@pronskepatel.com
Email: rpatel@pronskepatel.com
Email: cstephenson@pronskpatel.com

**Governmental Agencies:**

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 91114

United States Trustee's Office
**Served via ECF at**
**ustpregion06.da.ecf@usdoj.gov**
**albert.loftus@usdoj.gov**

**Secured Creditors**:

George H. Barber
John J. Kane
Kane Russell Coleman & Logan PC
Counsel for Bridge Funding, Inc.
**Served via ECF at**
**ecf@krcl.com**

Onewest Bank, FSB, as
Successor to LaJolla Bank, FSB
c/o Barrett Daffin Frappier
 Turner & Engel, LLP
**Served via ECF at**
**ndecf@BDFGROUP.COM**

SPCP Group, LLC
c/o Paul D. Moak/Hugh M. Ray
McKool Smith P.C.
600 Travis, Suite 7000
Houston, TX 77002

**20 Largest:**

PRM Realty Group, LLC
118 N. Clinton St., Suite LL366
Chicago, IL 60661

M-35, LLC
118 N. Clinton St., Suite LL366
Chicago, IL 60661

Hawailiana Management Company
711 Kapiolani Boulevard, #700
Honolulu, HI 96813

Department of Water Supply
County of Maui
200 South High Street
Wailuku, HI 96793

**Notices of Appearance:**

Robert Harte
5337 Meadow Lane
Downers Grove, IL 60515

Laurie Spindler Huffman
Linebarger Goggan Blair & Sampson, LLP
**Served via ECF at**
**dallas.bankruptcy@publicans.com**

County of Maui
Real Property Tax Division
70 E. Kaahumanu Ave., #A16
Kahului, HI 96732

Peter Morris
c/o PRM Realty Group, LLC
118 N. Clinton St., Suite LL366
Chicago, IL 60661