Hugh M. Ray, III
State Bar No. 24004246
Ruth Van Meter
State Bar No. 20661570
MCKOOL SMITH P.C.
600 Travis, Suite 7000
Houston, Texas 77002
Telephone: (713) 485-7300
Facsimile: (713) 485-7344

ATTORNEYS FOR SPCP GROUP, LLC

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 10-30988-BJH-11 |
| MALUHIA NINE, LLC a/k/a | § | |
| MALUHIA APARTMENT 9, LLC, | § | Chapter 11 |
| | § | |
| Debtor. | § | Hearing: July 19, 2010 |
| | § | at 1:30 p.m. |

**EXHIBIT AND WITNESS LISTS IN SUPPORT OF
SPCP GROUP, LLC'S OBJECTION TO DISCLOSURE STATEMENT**
(Refers to Docket Nos. 39 and 51)

Pursuant to Local Rule 9014.1(c), SPCP Group, LLC ("SPCP") certifies that (1) good faith settlement discussions have been attempted between counsel for the parties and an agreement was not reached, and (2) all exhibits, appraisals, and list of witnesses have been exchanged at least 3 days in advance of the hearing date of Wednesday, July 19, 2010, at U.S. Bankruptcy Court, 1100 Commerce Street, 14th Floor, Dallas, Texas 75242.

**I.     List of Exhibits**

1.     Consolidated, Amended and Restated Note, in amount of $10,000,000.00, dated on or about June 30, 2006, by PRM Jackson Pond Development Associates, LLC, in favor of Bridge Funding Inc.

2.     Consolidated, Amended and Restated Note, in amount of $10,500,000.00, dated on or about June 30, 2006, by Lake Valhalla Estates, LLC, in favor of Bridge Funding Inc.

3. Consolidation, Modification, Extension and Spreader Agreement dated on or about June 30, 2006, by and among PRM Jackson Pond Development Associates, LLC, Zoey Estates, LLC and Peter R. Morris, as mortgagors, and Bridge Funding, Inc., as mortgagee.

4. Guaranty of Payment, dated on or about June 30, 2006, from PRM Realty Group, LLC, Zoey Estates, LLC and Peter R. Morris in favor of Bridge Funding, Inc.

5. Allonges to Consolidated, Amended and Restated Note, dated on or about June 30, 2006, assigning both promissory notes from Bridge Funding, Inc. to SPCP Group, LLC.

6. Assignment of Mortgage, dated on or about June 30, 2006, from Bridge Funding, Inc. to SPCP Group, LLC.

7. Loan, Notes and Mortgage Modification Agreement, dated on or about April 8, 2008, by and among PRM Jackson Pond Development Associates, LLC, PRM Realty Group, LLC, Zoey Estates, LLC, Peter R. Morris and Maluhia Nine, LLC, and Bridge Funding, Inc. and SPCP Group, LLC.

8. Second Loan, Notes and Mortgage Modification Agreement, dated on or about September 23, 2008, by and among PRM Jackson Pond Development Associates, LLC, PRM Realty Group, LLC, Zoey Estates, LLC, Peter R. Morris and Maluhia Nine, LLC, and Bridge Funding, Inc. and SPCP Group, LLC.

9. Debtor's Statements and Schedules, including all amendments.

10. Debtor's Monthly Operating Reports.

11. Appraisal report of Maluhia at Wailea, dated March 31, 2010, prepared by Len Inokuma, CRA [Docket No. 24].

12. OneWest Bank, FSB's Motion for Relief from the Automatic Stay on Real Property, including all exhibits [Docket No. 33].

13. OneWest Bank Affidavit of Daniel Grenci [Docket No. 40].

14. Chapter 11 Plan, filed in *In re Maluhia One, LLC*, Case No. 10-30987 [Docket No. 53 in *Maluhia One*].

15. Chapter 11 Plan, filed in *In re Maluhia Eight, LLC*, Case No. 10-30986 [Docket No. 41 in *Maluhia Eight*].

16. Debtor's Statements and Schedules, including any amendments, filed in *In re Peter Morris*, Case No. 10-30240-HDH-11.

17. Debtor's Monthly Operating Reports, filed in *In re Peter Morris,* Case No. 10-30240-HDH-11.

18. Debtor's Statements and Schedules, including any amendments, filed in *In re PRM Realty Group, LLC,* Case No. 10-30241-HDH-11.

19. Debtor's Monthly Operating Reports, filed in *In re PRM Realty Group,* Case No. 10-30241-HDH-11.

20. Affidavit of Dale S. Cooney in Support of SPCP Group, LLC's Motion for Relief, including all attached exhibits, filed in *In re PRM Realty Group,* Case No. 10-30241-HDH-11 [Docket No. 144 in *PRM Realty*].

21. Documents produced by Peter Morris in *In re Peter R. Morris,* Case No. 10-30240-HDH-11, consisting of checks and payment advices, including Bates Numbers PRM456-459, PRM462-468, and PRM 470-472.

22. Any pleading filed in this case.

23. Any pleading filed in *In re Peter R. Morris,* Case No. 10-30240-HDH-11.

24. Any pleading filed in *In re PRM Realty Group,* Case No. 10-30241-HDH-11.

25. Any exhibits designated and/or used by Debtor.

26. Any exhibits needed for impeachment purposes.

**II. Witnesses**

1. Peter Morris, and

2. Any witness designated or called by Debtor.

SPCP reserves the right to supplement the list of exhibits and witnesses prior to the hearing.

DATED: July 13, 2010.

                    Respectfully submitted,

                    McKOOL SMITH P.C.

                    By: */s/ Ruth Van Meter*
                         HUGH M. RAY, III
                         State Bar No. 24004246
                         RUTH VAN METER
                         State Bar No. 20661570
                         McKool Smith P.C.
                         600 Travis, Suite 7000
                         Houston, Texas 77002
                         Telephone: (713) 485-7300
                         Facsimile: (713) 485-7344

                ATTORNEYS FOR SPCP GROUP, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on July 13, 2010, a true and correct copy of the foregoing document has been served via the ECF system.

                      */s/ Ruth Van Meter*
                      Ruth Van Meter