Gerrit M. Pronske
State Bar No. 16351640
Rakhee V. Patel
State Bar No. 00797213
Melanie P. Goolsby
State Bar No. 24059841
**Pronske & Patel, P.C.**
2200 Ross Avenue, Suite 5350
Dallas, Texas 75201
(214) 658-6500 – Telephone
(214) 658-6509 – Facsimile
Email: gpronske@pronskepatel.com
Email: rpatel@pronskepatel.com
Email: mgoolsby@pronskepatel.com

**COUNSEL FOR MALUHIA NINE, LLC**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **MALUHIA NINE, LLC** | § | **CASE NO. 10-30988-HDH-11** |
| | § | |
| Debtor. | § | **CHAPTER 11** |
| | § | |

## WITNESS AND EXHIBIT LIST

NOW COMES, Maluhia Nine, LLC ("Debtor") and files this *Witness and Exhibit List* in connection with the hearing on the *Disclosure Statement* (Docket No. 39) filed on June 8, 2010, scheduled before the Honorable Harlin D. Hale, United States Bankruptcy Judge, Earl Cabell Federal Building, 1100 Commerce Street, 14th Floor, Dallas, Texas on **July 19, 2010 at 1:30 p.m.**

    **I.**   **Witnesses.** Debtor may call the following witnesses:

a)    Peter R. Morris;

b)    Michael J. Meyer;

c)    all witnesses designated and/or called by any party in interest;

d)    any and all necessary rebuttal and/or impeachment witnesses.

**II.  Exhibits.**  Debtor may seek the introduction of the following exhibits:

| EXHIBIT NUMBER | DESCRIPTION | MARKED | OFFERED | OBJECT | ADMIT | DATE |
|---|---|---|---|---|---|---|
| D-1 | Plan of Reorganization [Docket No. 38] | | | | | |
| D-2 | Disclosure Statement [Docket No. 39] | | | | | |
| D-3 | Exhibit A to Disclosure Statement- Summary of Debtors' Schedules | | | | | |
| D-4 | Exhibit B Disclosure Statement – Debtor's Monthly Operating Reports | | | | | |
| D-5 | Debtor's Financial Projections | | | | | |
| D-6 | Debtor's Liquidation Analysis | | | | | |
| D-7 | Notice of Reset Disclosure Statement Hearing [Docket No. 47] | | | | | |
| | Any pleadings, orders, or other documents filed in the Debtor's bankruptcy case | | | | | |
| | Any exhibit designated by any party | | | | | |
| | Any rebuttal exhibits | | | | | |

Debtor expressly reserves the right to amend or supplement this list at any time prior to the hearing.  Any party wishing to obtain copies of the exhibits designated herein may do so by requesting copies, in writing, from the undersigned counsel for Debtor.

Dated: July 14, 2010                Respectfully submitted,

                        By:    /s/ Melanie P. Goolsby_____
                               Gerrit M. Pronske
                               Texas Bar No. 16351640
                               Rakhee V. Patel
                               Texas Bar No. 00797213
                               Malanie P. Goolsby
                               Texas Bar No. 24059841
                               PRONSKE & PATEL, P.C.
                               2200 Ross Avenue, Suite 5350
                               Dallas, Texas 75201
                               Telephone: 214.658.6500
                               Facsimile: 214.658.6509
                               Email: gpronske@pronskepatel.com
                               Email: rpatel@pronskepatel.com
                               Email: mgoolsby@pronskepatel.com

                               COUNSEL FOR MALUHIA NINE, LLC


## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that, on July 14, 2010, I caused to be served the foregoing pleading via regular mail upon the United States Trustee and the parties on the Master Service List and via ECF email upon on all parties accepting such service.

                               */s/ Melanie P. Goolsby*
                               Melanie P. Goolsby