Lot # 9
Maluhia at Wailea
Development Pro Forma
DRAFT PROPOSAL - HYPOTHETICAL PROJECTIONS - NOT A SECURITIES OFFERING - FOR DISCUSSION PURPOSES ONLY

| | Total | Q3 - 2010 | Q4 - 2010 | Q1 - 2011 | Q2 - 2011 | Q3 - 2011 | Q4 - 2011 | Q1 - 2012 | Q2 - 2012 | Q3 - 2012 | Q4 - 2012 | Q1 - 2013 | Q2 - 2013 | Q3 - 2013 | Q4 - 2013 | Q1 - 2014 | Q2 - 2014 | Q3 - 2014 | Q4 - 2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Sources** | | | | | | | | | | | | | | | | | | | |
| Interest Strip Financing (see footnote 1) | 1,073,615 | 201,881 | 61,099 | 62,347 | 63,627 | 64,939 | 66,283 | 67,662 | 69,075 | 70,524 | 72,008 | 73,531 | 75,091 | 19,650 | 20,143 | 20,649 | 21,167 | 21,698 | 22,243 |
| **Total Sources** | 1,073,615 | 201,881 | 61,099 | 62,347 | 63,627 | 64,939 | 66,283 | 67,662 | 69,075 | 70,524 | 72,008 | 73,531 | 75,091 | 19,650 | 20,143 | 20,649 | 21,167 | 21,698 | 22,243 |
| | | 202,890 | 265,309 | 329,294 | 394,886 | 462,123 | 531,049 | 601,704 | 674,133 | 748,380 | 824,490 | 902,511 | 982,490 | 1,007,151 | 1,032,430 | 1,058,344 | 1,084,909 | 1,112,140 | 1,140,054 |
| **Uses** | | | | | | | | | | | | | | | | | | | |
| Interest on $2,750,000 First Mortgage at 3.00% Paid Current / 1.00% Accured (see footnote 2) | 469,469 | 39,122 | 39,122 | 39,122 | 39,122 | 39,122 | 39,122 | 39,122 | 39,122 | 39,122 | 39,122 | 39,122 | 39,122 | | | | | | |
| Interest on Vertical Construction Loan | - | | | | | | | | | | | | | Construction Loan | Construction Loan | Construction Loan | Construction Loan | Construction Loan | Construction Loan |
| Interest Strip Financing @ 8.00% Current 2.00% Deferred | 260,546 | 3,958 | 5,176 | 6,425 | 7,704 | 9,016 | 10,361 | 11,739 | 13,153 | 14,601 | 16,086 | 17,608 | 19,169 | 19,650 | 20,143 | 20,649 | 21,167 | 21,698 | 22,243 |
| Delinquent HOA Fees | 38,000 | 38,000 | | | | | | | | | | | | | | | | | |
| Estimated Bankruptcy Costs | 50,000 | 50,000 | | | | | | | | | | | | | | | | | |
| Estimated Real Estate Taxes / Insurance / HOA Fees | 255,600 | 70,800 | 16,800 | 16,800 | 16,800 | 16,800 | 16,800 | 16,800 | 16,800 | 16,800 | 16,800 | 16,800 | 16,800 | Construction Loan | Construction Loan | Construction Loan | Construction Loan | Construction Loan | Construction Loan |
| **Total Uses** | 1,073,615 | 201,881 | 61,099 | 62,347 | 63,627 | 64,939 | 66,283 | 67,662 | 69,075 | 70,524 | 72,008 | 73,531 | 75,091 | 19,650 | 20,143 | 20,649 | 21,167 | 21,698 | 22,243 |

<u>Vertical Development Profit Participation Scenario (assumed to last 18 months)</u>

| | |
|---|---|
| Completed Home Value Associated with Vertical Improvements | 8,000,000 |
| Completed Home Value Associated with Lot | 8,000,000 |
| **Total Value of Completed Home** | 16,000,000 |

| <u>Summary of Profit Participation Associated with Development of Vertical Improvements</u> | | <u>Summary of Profit Participation Associated with Lot</u> | |
|---|---|---|---|
| Completed Home Value Associated with Vertical Improvements | 8,000,000 | Completed Home Value Associated with Lot | 8,000,000 |
| Less: Sales Commission of 5.0% | (400,000) | Less: Sales Commission of 5.0% | (400,000) |
| Gross Sales Proceeds | 7,600,000 | Gross Sales Proceeds | 7,600,000 |
| Estimated Development Expenses | | Expenses Associated with Lot | |
| Vertical Construction Loan (Construction Cost / Insurance / HOA / Real Estate Taxes) (see footnote 3) | 2,700,000 | Repayment of Existing First Mortgage (see footnote 2) | 2,597,208 |
| Vertical Construction Loan Interest @ 6.50% (Est. term is 18 months) | 516,478 | Repayment of Strip Financing from Land Banking (Principal and Interest) | 948,066 |
| Developer Fees | 300,000 | Total Expenses Associated with Lot | 3,545,274 |
| Interest during Vertical Development to Interest Strip Investor @ 8% paid current 2.00% Deferred | 125,549 | | |
| Total Estimated Development Expenses | 3,642,027 | Total Net Profit Associated with Lot | 4,054,726 |
| Net Profit Associated with Development of Vertical Improvements | 3,957,973 | <u>Distribution of Net Profit Associated with Lot</u> | |
| | | Profit Participation to Sponsor @ 50% | 2,027,363 |
| <u>Distribution of Net Profit Associated with Development of Vertical Improvements</u> | | Interest Strip Financing @ 50% | 2,027,363 |
| Vertical Profit Participation to Interest Strip @ 10.00% | 395,797 | Total Distribution of Net Profit Associated with Lot | 4,054,726 |
| Vertical Profit Participation to Sponsor @ 90.00% | 3,562,176 | | |
| Total Distribution of Net Profit Associated with Development of Vertical Improvements | 3,957,973 | | |

[1] The $870,145 Interest Strip Financing may be raised upfront or in annual intervals

[2] The outstanding amount of the First Mortgage is estimated to be the outstanding principal and interest pre bankruptcy. These projections illustrate the first mortgage being paid off in 36-months, however, the terms of the Plan of Reoranization allow for a potential 5-year term for the current first mortgage

[3] In approximately Year 4, the construction loan will take out the existing $2,750,000 first mortgage. The $2,700,000 estimated vertical cost will include interior finishes. Other purchases of lots at Maluhia at Wailea have construction successfully constructed homes on the site for less than $2,700,000 estimate. The estimated take out of the existing first mortgage including acrured interest of ($2,597,208) plus the vertical construction loan ($2,700,000) and associated interest of ($516,478) is approximately 36% of the completed home value of $16,000,000

| Est. IRR to Interest Strip if $1,073,615 | | |
|---|---|---|
| if $1,073,615 is commited upfront | 56.54% | 10% interest, pro rata share of vertical and horizontal profit |

| "Interest Strip" Financing Proceeds Required by Year | | | | | |
|---|---|---|---|---|---|
| Anticipated Project Status | | Land Banking | | Construction | |
| | Total | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 (6 months) |
| "Interest Strip" Proceeds Required by Year | | | | | | |
| Current Interest on $2,750,000 First Mortgage at 3.0% | 469,469 | 156,490 | 156,490 | 156,490 | | |
| Interest Strip Financing @ 8.00% Current 2.00% Deferred | 260,546 | 23,264 | 44,269 | 67,464 | 81,608 | 43,941 |
| Delinquent HOA Fees | 38,000 | 38,000 | - | - | | |
| Bankruptcy Costs (if applicable) | 50,000 | 50,000 | - | - | | |
| Real Estate Taxes / Insurance / HOA Fees | 255,600 | 121,200 | 67,200 | 67,200 | | |
| | 1,073,615 | 388,953 | 267,959 | 291,154 | 81,608 | 43,941 |

| Year 1 Investors | 43.55% | 10% interest, pro rata share of vertical and horizontal profit |
|---|---|---|
| Year 2 Investors | 62.27% | 10% interest, pro rata share of vertical and horizontal profit |
| Year 3 Investors | 103.74% | 10% interest, pro rata share of vertical and horizontal profit |
| Year 4 Investors | 54.94% | 10% interest, pro rata share of horizontal profit |
| Year 5 Investors | 777.41% | 10% interest, pro rata share of horizontal profit |

** If the $1,073,615 is funded on a yearly basis, some of the IRR's increase as the project moves closer to development but it must be understood that these are hypothetical projections only and my vary due to any number of changes in circumstances and the timing of certain events.

**THESE PROJECTIONS ARE SUBJECT TO ERRORS AND OMISSIONS**