**Liquidation Analysis of Maluhia Nine, LLC**

**Assets**
| | | | |
|---|---|---:|---|
| Cash | $ | 50 | |
| Accounts Receivable, net | | - | |
| Prepaid Expenses | | - | |
| Utility Deposits | | - | |
| Fixed Assets | | 5,800,000 | NOTE 1 |
| **Total Assets** | **$** | **5,800,050** | |

**Liabilities**
| | | | |
|---|---|---:|---|
| Secured Liabilities | $ | 5,672,854 | |
| Unsecured (Priority) Liabilities | | 53,230 | **AVAILABLE FOR PAYOUT FOR** |
| Unsecured Liabilities | | 605,739 | **UNSECURED CREDITORS:** |
| **Total Liabilities** | **$** | **6,331,823** | $0 |

**NOTE 1** - The value of "Fixed Assets" is based on Maluhia Nine, LLC's primary asset, Lot 8 at Maluhia at Wailiea (The "Property"). In January of 2008, the Property was appraised by Paradise Appraisals, LLC for $6,000,000. However, Maluhia Eight, LLC believes that the current approximately 90 day liquidation value of lot 8 to be significantly less then that amount stated above.