Gerrit M. Pronske
State Bar No. 16351640
Rakhee V. Patel
State Bar No. 00797213
Melanie P. Goolsby
State Bar No. 24059841
PRONSKE & PATEL, P.C.
2200 Ross Avenue, Suite 5350
Dallas, Texas 75201
(214) 658-6500 - Telephone
(214) 658-6509 – Telecopier
Email: gpronske@pronskepatel.com
Email: rpatel@pronskepatel.com
Email: mgoolsby@pronskepatel.com

**COUNSEL FOR THE DEBTOR**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **In re:** § | |
| § | **CASE NO. 10-30988-HDH-11** |
| **MALUHIA NINE, LLC,** § | |
| § | **CHAPTER 11** |
| **Debtor.** § | |

**SECOND AMENDED WITNESS AND EXHIBIT LIST**

NOW COMES Maluhia Nine, LLC (the "Debtor") and files this Second Amended Witness and Exhibit List in connection with the continued hearing on the Plan of Reorganization [Docket No. 62] scheduled before the Honorable Harlin D. Hale, United States Bankruptcy Judge, Earl Cabell Federal Building, 1100 Commerce Street, 14th Floor, Dallas, Texas on **Tuesday, September 14, 2010 at 1:30 p.m.**:

    **I.**    **Witnesses.**    The Debtors may call the following witnesses:

        a. Peter R. Morris

        b. Michael J. Meyer

        c. Derrick Hoffman

        d. Michael I. Cragg, Principal of The Brattle Group

e. R. J. Kirchner, SRA, CGA, Paradise Appraisals, LLC

f. All witnesses designated and/or called by any party in interest

g. Any and all necessary rebuttal and/or impeachment witnesses

**II.** **Exhibits.** The Debtor may seek the introduction of the following exhibits:

| EXHIBIT NUMBER | DESCRIPTION | MARKED | OFFERED | OBJECT | ADMIT | DATE |
|---|---|---|---|---|---|---|
| D-1 | Debtor's Plan of Reorganization, with all exhibits thereto [Docket No. 62] | | | | | |
| D-2 | Debtor's Disclosure Statement, with all exhibits thereto [Docket No. 63] | | | | | |
| D-3 | Revised Financial Projections | | | | | |
| D-4 | Original LaJolla Bank Loan Documents, and any modifications thereto | | | | | |
| D-5 | Debtor's Schedules, as amended [Docket No. 8] | | | | | |
| D-6 | Debtor's Statement of Financial Affairs [Docket No. 9] | | | | | |
| D-7 | Declaration of Sandra Meiners, Balloting Agent | | | | | |
| D-8 | Order Approving Disclosure Statement [Docket No. 64] | | | | | |
| D-9 | Appraisal of Lot Nine, dated August 26, 2010 | | | | | |
| D-10 | Appraisal Desk Review Report regarding OneWest Appraisal of Lot Nine | | | | | |
| D-11 | Appraisal Desk Review Report regarding SPCP Appraisal of Lot Nine | | | | | |

| EXHIBIT NUMBER | DESCRIPTION | M A R K E D | O F F E R E D | O B J E C T | A D M I T | D A T E |
|---|---|---|---|---|---|---|
| | Any pleadings, orders, or other documents filed or entered in *In re Maluhia Nine, LLC*, Case No. 10-30988-HDH-11 in the United States Bankruptcy Court for the Northern District of Texas, Dallas Division | | | | | |
| | Any exhibit designated by any party | | | | | |
| | Any rebuttal exhibits | | | | | |

The Debtor expressly reserves the right to amend or supplement this list at any time prior to the hearing. Any party wishing to obtain copies of the exhibits designated herein that are not attached to this list or available on the Court's webpage may do so by requesting copies, in writing, from the undersigned counsel for Debtor.

Dated: September 9, 2010.　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　*/s/ Melanie P. Goolsby*
　　　　　　　　　　　　　　　　　　　　　Gerrit M. Pronske
　　　　　　　　　　　　　　　　　　　　　State Bar No. 16351640
　　　　　　　　　　　　　　　　　　　　　Rakhee V. Patel
　　　　　　　　　　　　　　　　　　　　　State Bar No. 00797213
　　　　　　　　　　　　　　　　　　　　　Melanie P. Goolsby
　　　　　　　　　　　　　　　　　　　　　State Bar No. 24059841
　　　　　　　　　　　　　　　　　　　　　PRONSKE & PATEL, P.C.
　　　　　　　　　　　　　　　　　　　　　2200 Ross Avenue, Suite 5350
　　　　　　　　　　　　　　　　　　　　　Dallas, Texas 75201
　　　　　　　　　　　　　　　　　　　　　(214) 658-6500 - Telephone
　　　　　　　　　　　　　　　　　　　　　(214) 658-6509 – Telecopier
　　　　　　　　　　　　　　　　　　　　　Email: gpronske@pronskepatel.com
　　　　　　　　　　　　　　　　　　　　　Email: rpatel@pronskepatel.com
　　　　　　　　　　　　　　　　　　　　　Email: mgoolsby@pronskepatel.com

**COUNSEL FOR THE DEBTOR**

**CERTIFICATE OF SERVICE**

　　　I, the undersigned, hereby certify that, on September 9, 2010, I caused to be served the foregoing pleading via regular mail upon the United States Trustee and the parties on the Master Service List and via ECF email upon on all parties accepting such service.

　　　　　　　　　　　　　　　　　　　　　*/s/ Melanie P. Goolsby*
　　　　　　　　　　　　　　　　　　　　　Melanie P. Goolsby